FILED
COURT OF APPEALS
DIVISION II

2014 FEB 20 AM 9: 31

STATE OF WASHINGTON

BY _____
DEPUTY

# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| STATE OF WASHINGTON, | No. 44795-9-II |
| Respondent, | |
| v. | |
| CHARLES KEELE, | UNPUBLISHED OPINION |
| Appellant. | |

Charles Keele appeals the trial court's failure to enter written findings of fact and conclusions of law following a non-jury trial for possession with intent to deliver methamphetamine and possession with intent to deliver heroin. The State concedes there are no written findings of fact and conclusions of law entered regarding Keele's bench trial. We remand Keele's case to the trial court for entry of written findings of fact and conclusions of law regarding the non-jury trial.

CrR 6.1(d) requires a trial court to enter written findings of fact and conclusions of law following a non-jury trial. The trial court did enter findings of fact and conclusions of law regarding Keele's CrR 3.6 motion. However, as the State concedes, the trial court failed to enter findings of fact and conclusions of law following Keele's non-jury trial.

44795-9-II

We accept the State's concession and remand Keele's case to the trial court for entry of written findings of fact and conclusions of law regarding the non-jury trial.

A majority of the panel having determined that this opinion will not be printed in the Washington Appellate Reports, but will be filed for public record in accordance with RCW 2.06.040, it is so ordered.

_____
Penoyar, J.

We concur:

_____
Worswick, C.J.

_____
Hunt, J.

2